IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS P. RUED,
REBECCA ANN RUED,

        Plaintiffs,

  v.

INTERNAL REVENUE SERVICE,

        Defendant.
_____/

No.  CIV.S-06-0782 FCD DAD PS

ORDER AND

FINDINGS AND RECOMMENDATIONS

        This matter came before the court on January 12, 2007, for hearing on defendant's motion to dismiss this action with respect to the claims of plaintiff Rebecca Ann Rued and for summary judgment in defendant's favor with respect to the claims brought by plaintiff Douglas P. Rued.  Plaintiffs, proceeding pro se, each appeared on their own behalf.  Paul Ham appeared for Goud P. Maragani on behalf of defendant United States (erroneously sued as "Internal Revenue Service").

        No written opposition to defendant's motions was filed by either plaintiff.  With respect to the motion to dismiss, at the

1

hearing plaintiff Rebecca Rued stated on the record that she had no opposition to the motion seeking dismissal of the action as to her. In light of plaintiff Rebecca Rued's verbal statement of non-opposition at the hearing and good cause appearing, the undersigned will recommend that defendant's motion to dismiss be granted.

At the hearing, plaintiff Douglas Rued requested an extension of time to file opposition to defendant's motion for summary judgment. In light of plaintiff Douglas Rued's pro per status, the request will be granted. However, no further extension of time will be granted for this purpose. Plaintiff Douglas Rued shall file and serve by overnight delivery his opposition to the motion by February 2, 2007. The government's reply, if any, shall be filed and served by February 13, 2007. The hearing on defendant's motion for summary judgment is continued to February 16, 2007, at 10:00 a.m. in Courtroom 27. The status (pretrial scheduling) conference is vacated at this time pending disposition of the defendant's motion for summary judgment.

Accordingly, the court HEREBY ORDERS that

1. Plaintiff Douglas Rued's oral request for an extension of time to file opposition to defendant's motion for summary judgment is granted with the briefing schedule as set forth above;

2. The hearing on defendant's motion for summary judgment is continued to February 16, 2007, at 10:00 a.m. in Courtroom 27; and

3. The previously scheduled status (pretrial scheduling) conference is vacated pending further notice.

/////

1  The court HEREBY RECOMMENDS that defendant's motion to dismiss this action as to plaintiff Rebecca Ann Rued for lack of subject matter jurisdiction be granted.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within ten (10) days after being served with these findings and recommendations, any party may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 19, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1\orders.prose\rued0782.oah.011207

3