IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS P. RUED and
REBECCA ANN RUED,                          No. CIV S-06-0782 FCD DAD PS

      Plaintiffs,

  v.                                                    ORDER

INTERNAL REVENUE SERVICE,

      Defendant.
_____/

      Plaintiffs, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

      On January 19, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed January 19, 2007, are adopted in full; and

2. Defendant's motion to dismiss this action as to plaintiff Rebecca Ann Rued for lack of subject matter jurisdiction is granted.

DATED: February 20, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE